# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **09-15837-JVA** |
| | § | |
| **LIVERS, EMORY B JR.** | § | Chapter 7 |
| **LIVERS, REGINA G** | § | |
| | § | Judge: **Aug** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $18.89 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 | 3 | 4.72 |
| American Express Bank FSB<br>c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 | 4 | 3.24 |
| Great Lakes Educational Loan Services Inc.<br>Claims Filing Unit, P.O. Box 8973, Madison, Wi. 53708-8973 | 6 | 4.63 |
| PYOD LLC its successors and assigns as<br>assignee of Citibank, Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602 | 8 | 2.05 |
| PYOD LLC its succesors and assigns<br>as assignee of Citibank, c/o Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602, | 7 | 4.25 |

Dated: 12/17/10           /s/ Harold Jarnicki
                          Case Trustee

cc:   U.S. Trustee
      Creditor